No. 74–5035.  HAWKINS v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 74–5036.  LeFLORE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 74–5057.  VESSELS v. ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 74–5142.  ROSS v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 73–1583.  MARCELLO v. SAXBE, ATTORNEY GENERAL.  C. A. D. C. Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1967.  LEE v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6670.  ROSE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6902.  MARTINEZ v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6983.  CARTER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–9.  MAURO v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.